# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**KATRINA WILSON**             **PLAINTIFF**

**VS.**        **CASE NO. 3:20CV00168 PSH**

**ANDREW SAUL, Commissioner,**
    **Social Security Administration**        **DEFENDANT**

## ORDER

The defendant's unopposed motion for additional time (docket entry no. 7) in which to file a response to the complaint is granted and he is directed to submit his response on or before November 7, 2020.

IT IS SO ORDERED this 9th day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE