# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**KATRINA WILSON**                                                                                       **PLAINTIFF**

**VS.**                          **CASE NO. 3:20CV00168 PSH**

**ANDREW SAUL, Commissioner,**
   **Social Security Administration**                                                   **DEFENDANT**

## ORDER

Plaintiff Katrina Wilson's unopposed motion for additional time (docket entry no. 14) in which to file her brief is granted, and she is directed to submit her brief on or before February 15, 2021.

IT IS SO ORDERED this 13th day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE