IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KATRINA WILSON**                                                      **PLAINTIFF**

VS.                      No. 3:20-cv-00168 PSH

**ANDREW SAUL, Commissioner,**
    **Social Security Administration**                      **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 5th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE